**The District Court of the 20th Judicial District.
County of Lake.**

| STATE OF MONTANA, | |
|---|---|
| Plaintiff, | **CAUSE NO. DC-09-28** |
| vs. | **DECISION** |
| WILLIAM FRITSCH, | |
| Defendant. | |

On October 1, 2009, the defendant was sentenced to five (5) years in the Montana State Prison for the offense of Failure to Register, a felony.

On February 4, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was represented by Mark Russell.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be waived.

Done in open Court this 4th day of February, 2010.

DATED this 23rd day of February, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.